ACCEPTED
04-14-00124-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/25/2015 4:50:05 PM
KEITH HOTTLE
CLERK

**No. 04-14-00124-CV**

| | | |
|---|---|---|
| **WESTFREIGHT SYSTEMS INC., Appellant,** | § § § | **IN THE COURT OF APPEALS** |
| **vs.** | § § § | FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/25/2015 4:50:05 PM
KEITH E. HOTTLE
Clerk |
| **JOHN MICHAEL HEUSTON, individually and as dependent administrator of the ESTATE OF JUANA GARZA, deceased, and GERONIMO RODRIGUEZ, Appellees.** | § § § § § § | **FOURTH DISTRICT** |
| | § | **SAN ANTONIO, TEXAS** |

# APPELLANT WESTFREIGHT'S MOTION FOR LEAVE TO FILE SURREPLY

Westfreight Systems Inc., the appellant, asks the Court for leave to file the surreply brief that Westfreight has submitted, via the e-filing system, contemporaneously with this motion.

## I.

Good cause exists for granting leave. The surreply brief addresses contentions and authorities in Appellees' reply brief, including some contentions and authorities mentioned or fully discussed for the first time in that brief. *See also Surreply Brief*, at 2-15 (surreply argument). Granting leave to file the surreply will help focus the matters in dispute in this appeal.

Counsel for Westfreight has conferred with Counsel for Appellees and confirmed that the requested leave is not opposed.

1

**II.**

Westfreight therefore asks that the Court grant leave to file the surreply brief and that the Court direct its Clerk to file the surreply brief in this case.

Respectfully submitted,

/s/ Brian Miller
Brian Miller
State Bar No. 24002607

ROYSTON RAYZOR
VICKERY & WILLIAMS L.L.P.
Frost Bank Plaza, Suite 1300
802 N. Carancahua
Corpus Christi, TX 78401
Tel. No. (361) 884-8808
Fax No. (361) 884-7261
E-mail: brian.miller@roystonlaw.com

*Lead appellate counsel for appellant*
*Westfreight Systems Inc.*

## CERTIFICATE OF CONFERENCE

I certify that, on February 23, 2015, I conferred by telephone with John Gsanger, lead appellate counsel for Appellees, and was advised that the leave sought by this motion is not opposed.

/s/ Brian Miller
Brian Miller

2

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served via electronic service (to registered users) and as shown below on February 25, 2014:

*Via e-mail to jgsanger@edwardsfirm.com*
John Blaise Gsanger
THE EDWARDS LAW FIRM
802 N. Carancahua St., Suite 1400
Corpus Christi, TX 78401

*Lead appellate counsel for Plaintiffs*

*Via e-mail to khood@fabregahood.com*
Kevin L. Hood
FABREGA HOOD L.L.P.
1800 St. James Pl., Suite 304
Houston, TX 77056

*Counsel for additional trial court defendant National Oilwell Varco L.P.*

*Via e-mail to dbright@swhhb.com*
David Bright
SICO WHITE HOELSCHER
HARRIS & BRAUGH L.L.P.
802 N. Carancahua St., Suite 900
Corpus Christi, TX 78401

*Additional appellate counsel for Plaintiffs*

*Via e-mail to crkeener@aol.com*
Craig R. Keener
CRAIG R. KEENER P.C.
1005 Heights Blvd.
Houston, TX 77092

*Counsel for additional trial court defendant National Oilwell Varco L.P.*

/s/ Brian Miller
Brian Miller